WILLIAM MENKE v. BENJAMIN J. WEIL.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

In the Matter of DANIEL J. RAMEL, Deceased.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

SOUHEGAN WOOLEN COMPANY, INC., v. UNITED STATES FIDELITY AND GUARANTY COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

ARTHUR S. EHRICH v. JAMES P. BURNS, Clerk of the Municipal Court, Seventh District, Manhattan.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

NEMOURS-STEVENS, LTD., v. NEMOURS TRADING CORPORATION.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

PATRICK A. GAYNOR, as Committee, etc., v. FERDINAND HECHT, Impleaded, etc.— Motions to dismiss appeals denied, with ten dollars costs. Motion for preference denied, without prejudice, etc., as stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

CARL R. SCHULTZ, as Surviving Trustee, etc., v. ORLA RUBSAMEN, as Surviving Trustee, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

WILLIAM RICHTERS v. SAMUEL MOFFITT, as Executor, etc., and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

CATHERINE H. THOMPSON, Appellant, and Others, v. WILLIAM H. DE VISSER, Individually and as Trustee, etc., Impleaded.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

MICHAEL HARITOS v. GEORGE KRAUSE and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.